**Patrick Edwin RUDD, Plaintiff–
Appellant,**

v.

**UNITED STATES of America,
Defendant–Appellee.**

No. 00–7680.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 15, 2001.

Patrick Edwin Rudd, pro se.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Patrick Edwin Rudd appeals the district
court's orders denying relief on his 28
U.S.C. § 2241 (1994) petition and his mo-
tion for reconsideration. We have re-
viewed the record and the district court's
orders and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *Rudd v. United States,*
No. CA–00–618–5–BO (E.D.N.C. Sept. 20
& Oct. 6, 2000). We dispense with oral
argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*